No. 97–1941. COOLBAUGH v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 97–1944. JERRON WEST, INC., ET AL. v. CALIFORNIA STATE BOARD OF EQUALIZATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1945. BENEDICT v. EAU CLAIRE PUBLIC SCHOOLS ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1946. KIDD v. KIDD. Ct. Civ. App. Ala. Certiorari denied.

No. 97–1948. HOSKINS v. WASHINGTON COUNTY. C. A. 5th Cir. Certiorari denied.

No. 97–1950. POPE, SHERIFF, SHASTA COUNTY, ET AL. v. HENRY ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1951. GROGAN ET UX. v. MARONEY, UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1953. JORDAN v. FENDON. Ct. App. Ariz. Certiorari denied.

No. 97–1954. JOHNSON v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. 9th Cir. Certiorari denied.

No. 97–1955. GRIGLEY v. CITY OF ATLANTA ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1956. DON KING PRODUCTIONS, INC. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1957. K & K CONSTRUCTION, INC., ET AL. v. MICHIGAN DEPARTMENT OF NATURAL RESOURCES ET AL. Sup. Ct. Mich. Certiorari denied.